UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COLVIN, | ) Case No. CV 11-9722 CAS(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| GREG LEWIS, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 19, 2014

*/s/ Christina A. Snyder*

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE